UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAY SAPP, JR., | ) | NO. EDCV 09-2245-GHK(CT) |
| Petitioner, | ) | |
| | ) | **J U D G M E N T** |
| v. | ) | |
| GOVERNOR A. SCHWARZENEGGER, | ) | |
| Respondent. | ) | |

IT IS HEREBY ADJUDGED that the petition is dismissed without prejudice to petitioner filing a non-habeas civil complaint.

DATED:   12/15/09

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE